■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN M. ESSLER, Appellant. [901 NYS2d 895]—Appeal from a judgment of the Supreme Court, Monroe County (David D. Egan, J.), rendered May 7, 2009. The judgment convicted defendant, upon a nonjury verdict, of driving while intoxicated, as a class E felony.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Fahey, Peradotto, Lindley and Pine, JJ.